UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Case No. 19-CR-18 (HEH) |
| AMILCAR CHAVEZ BARRERA | : | |
| Defendant | : | |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of this Court shall take notice that the undersigned attorney is entering an appearance as retained counsel on behalf of defendant Amilcar Chavez Barrera.

Respectfully submitted,

Sandi S. Rhee

_____

Sandi S. Rhee
Counsel for the Defendant
228 S Washington Street
Suite 300
(202)285-8366
SandiRheeLaw@Gmail.com
VA Bar No. 47328